**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| LEWIS-BURKE ASSOCIATES, LLC, )<br>  )<br>    Plaintiff, )<br>  ) Civil Action No. 09-302 (EGS)<br>  v. )<br>  )<br>JOEL WIDDER, )<br>  )<br>    Defendant. )<br>_____) |   |

## STIPULATION AND ORDER

Pursuant to the status hearing held in open court on February 17, 2009, and the stipulation by counsel for both parties regarding further proceedings, a stipulation reduced to writing at the conclusion of the hearing and attached hereto, it is by the Court hereby

**ORDERED** that with the parties' consent, plaintiff's Motion for a Temporary Restraining Order is referred to Magistrate Judge John M. Facciola for resolution; and it is further

**ORDERED** that as provided in the Stipulation signed by counsel for both parties, defendant Joel Widder shall preserve all Lewis-Burke Associates documents, files, memoranda, presentations, reports, proposals, client lists, or anything otherwise protected under the Non-Competition and Confidentiality Agreement executed by him on December 19, 2002. Such preservation shall include hard copy and electronic files within

the possession, use, or control of Mr. Widder, or computers or electronic devices that may have contained, stored, or transferred any such files.


**Signed:   Emmet G. Sullivan**
**United States District Judge**
**February 17, 2009**

Lewis-Burke Assoc. LLC   v.   Joel Widder

Joel Widder is hereby ordered to preserve all ~~the~~ Lewis-Burke Associates' ("Lewis-Burke") documents, files, memoranda, presentations, reports, proposals, client lists, or anything otherwise protected under the Non-Competition and Confidentiality Agreement executed by him on December 19, 2002. Such preservation shall include hard copy and electronic files, within the possession, use, or control of Mr. Widder, or computers or electronic devices that may have contained any such files.
↳ stored, or transferred

_____          James E. Anderson
Counsel for Plaintiff                    Counsel for Joel Widder