REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY:

| CAUSE OF ACTION: TYPE D | | | | |
|---|---|---|---|---|
| CASE NO:<br>09-302 | DATE REFERRED:<br>2/17/09<br><br>DISPOSITION DATE: | PURPOSE:<br>TRO RESOLUTION | JUDGE:<br>EMMET G. SULLIVAN | MAG. JUDGE<br>JOHN FACCIOLA |
| PLAINTIFF(S):<br>LEWIS-BURKE ASSOCIATES, LLC. | | DEFENDANT(S):<br>JOEL WIDDER | | |
| ENTRIES: | | | | |