IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS-BURKE ASSOCIATES LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOEL WIDDER )<br>)<br>Defendant. ) | Civil Action No. 1:09-cv-00302 (EGS/JMF) |

## FRCP 26(f) AND LCvR 16.3 REPORT

In accordance with Federal Rules of Civil Procedure Rule 26(f) and Local Civil Rule 16.3, counsel for the parties, Plaintiff Lewis-Burke Associates LLC ("Lewis-Burke") and Defendant Joel Widder ("Widder"), having conferred by telephone on March 9, 2009, report as follows:

**1.   Dispositive Motions**

At this time, the parties agree that it is too early in the proceedings for the parties to determine whether the case is likely to be disposed of by dispositive motion.

**2.   Joinder of Parties; Amendment of Pleadings; Stipulation Regarding Factual or Legal Issues**

The parties agree to propose a deadline of April 16, 2009 for joinder of any additional parties or amendment of the pleadings. At this time, it is too early in the proceedings for the parties to determine whether some or all of the factual or legal issues in this matter can be agreed upon or narrowed, but the parties agree to revisit this issue at a later date once discovery has commenced.

3. **Assignment to a Magistrate Judge**

The parties consent to assignment of this matter to Magistrate Judge John M. Facciola for all purposes, including trial, and accordingly submit their executed consent form which is being filed concurrently.

4. **Possibility of Settlement**

Counsel for the parties discussed the possibility of settlement. Counsel believe, however, that discovery will better enable counsel to conduct meaningful settlement discussions.

5. **Alternative Dispute Resolution**

The parties agree that the case may benefit from ADR later in the proceedings, once counsel have had an opportunity to conduct discovery that would better enable them to conduct meaningful settlement discussions.

6. **Dates for Briefing Any Dispositive Motions**

At this time, the parties agree that it is too early in the proceedings for the parties to determine whether the case can be resolved by summary judgment motion. The parties propose that the deadline for filing any summary judgment motions should fall approximately two (2) weeks after the close of expert discovery, that oppositions to any such motions should be due approximately four (4) weeks thereafter, and that replies to such summary judgment motions should be filed ten (10) days after the filing of summary judgment oppositions.

7. **Initial Disclosures**

The parties agree to abide by the initial disclosure requirements of FRCP26(a)(1), and to exchange their initial disclosures by March 30, 2009.

8. **Discovery**

Plaintiff will seek discovery relating to the following subject areas: (1) the timing, substance and nature of any contacts by Widder, or by his employer, Oldaker, Belair & White,

LLP ("OBW") and The National Group ("TNG"), with Lewis-Burke's clients, as defined in the November 12, 2002 Non-Competition and Confidentiality Agreement (the "Agreement"); and (2) the use, transmission, storage, replication, dispersal, or sharing by Widder of Lewis-Burke's confidential information, as defined in the Agreement.

Defendant will seek discovery on the nature and scope of the Non- Competition and Confidentiality Agreement; the consideration for the Agreement, and waivers of the non-Competition provisions, and any other issues generated by the discovery process.

The parties propose a period of six (6) months for completion of discovery.

The parties do not seek a modification of the scope of discovery provided under the Federal Rules of Civil Procedure or the Local Rules of this Court.

The parties may require a protective order, and will endeavor to submit a joint Proposed Protective Order for the Court's approval.

9.  **Expert Witness Disclosures**

    The parties agree that, should either or both parties desire to utilize expert testimony, they shall exchange expert reports no later than thirty (30) days after the close of fact discovery. Rebuttal reports, if any, will be served twenty (20) days thereafter, and expert depositions must be concluded twenty (20) days after the exchange of rebuttal reports.

10. **Class Action Status**

    This matter is not a class action lawsuit.

11. **Bifurcation or Management in Phases**

    The parties do not believe that bifurcation or management of the case in phases is necessary at this time.

12. **Date for Pretrial Conference**

The parties propose that the Court schedule a pretrial conference within sixty (60) days after the Court's decision on any summary judgment motion or, if no summary judgment motion is filed, within sixty (60) days after the date that summary judgment motions are due.

**13.  Setting of Trial Date**

The parties agree that a trial date should be set at the pretrial conference in this case.

**14.  Other Matters**

Issues regarding electronically stored information, privilege or protection of trial-preparation materials have been addressed in relation to the Plaintiff's Motion for Temporary Restraining Order and the Order entered on February 19, 2009. The parties may require a protective order, and will endeavor to submit a joint Proposed Protective Order for the Court's approval.

Counsel are prepared to orally report to the Court in accordance with the matters set forth hereinabove and to respond to further questions regarding the entry of a Scheduling Order at a scheduling conference conducted by the Court.

*   *   *   *   *

Pursuant to LCvR 16.3(d), attached is the parties' Proposed Scheduling Order which outlines their proposed deadlines for discovery and other activities set forth above.

Dated:  March 13, 2009              respectfully submitted,

LEWIS-BURKE ASSOCIATES LLC,


By:   /s/      Reenah L. Kim
    Rebecca Woods (DC Bar #468495)
    Reenah L. Kim (DC Bar #478611)
    Attorneys for Plaintiff
    SEYFARTH SHAW LLP
    975 F Street, N.W.
    Washington, DC  20004
    Telephone:  (202) 463-2400
    Facsimile:  (202) 828-5393
    Email:   rwoods@seyfarth.com
           rekim@seyfarth.com


JOEL WIDDER

By: _____
    James E. Anderson (DC Bar #230839)
    Attorney for Defendant
    HOWE ANDERSON & STEYER, P.C.
    1250 Eye Street, NW, Suite 650
    Washington, DC  20005
    Telephone:  (202) 296-5680
    Email:   janderson@haspc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS-BURKE ASSOCIATES LLC<br>1341 G Street, N.W., Eighth Floor<br>Washington, D.C. 20005<br><br>      Plaintiff,<br><br>v.<br><br>JOEL WIDDER<br>9509 Riley Road<br>Silver Spring, Maryland 20910<br><br>      Defendant. | Civil Action No. 1:09-cv-00302 (EGS/JMF) |

## **PROPOSED SCHEDULING ORDER**

| | |
|---|---|
| Exchange of initial disclosures pursuant to FRCP 26(a)(1) | March 30, 2009 |
| Joinder of any additional parties or any amendment of the pleadings | April 16, 2009 |
| Close of non-expert discovery | September 18, 2009 |
| Exchange of expert witness reports | October 23, 2009 |
| Exchange of rebuttal expert witness reports | November 12, 2009 |
| Deadline for expert witness depositions | December 2, 2009 |
| Deadline for filing dispositive motions | December 16, 2009 |
| Deadline for filing oppositions to dispositive motions | January 15, 2010 |
| Deadline for filing replies to dispositive motions | January 25, 2010 |
| Pretrial conference | Sixty (60) days after the Court's decision on any summary judgment motion or, if no summary judgment motion is filed, within sixty (60) days after the date that summary judgment motions are due. |

Dated: March 13, 2009                Respectfully submitted,

LEWIS-BURKE ASSOCIATES LLC,


By:   /s/      Reenah L. Kim
    Rebecca Woods (DC Bar #468495)
    Reenah L. Kim (DC Bar #478611)
    Attorneys for Plaintiff
    SEYFARTH SHAW LLP
    975 F Street, N.W.
    Washington, DC  20004
    Telephone:  (202) 463-2400
    Facsimile:  (202) 828-5393
    Email:   rwoods@seyfarth.com
           rekim@seyfarth.com


JOEL WIDDER

By: _____
    James E. Anderson (DC Bar #230839)
    Attorney for Defendant
    HOWE ANDERSON & STEYER, P.C.
    1250 Eye Street, NW, Suite 650
    Washington, DC  20006
    Telephone:  (202) 296-5680
    Email:   janderson@haspc.com