IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEWIS-BURKE ASSOCIATES LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09-cv-00302 (EGS/JMF) |
| ) | |
| JOEL WIDDER ) | |
| ) | |
| Defendant. ) | |

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have United States Magistrate Judge John M. Facciola conduct any and all further proceedings in the case, including trial.

Counsel for Plaintiff                                   Counsel for Defendant

_____/s/_____Reenah L. Kim_____             _____
Rebecca Woods (DC Bar #468495)                   James E. Anderson (DC Bar #230839)
Reenah L. Kim (DC Bar #478611)                   HOWE ANDERSON & STEYER, P.C.
SEYFARTH SHAW LLP                                1250 Eye St. NW, Suite 650
975 F Street, N.W.                               Washington, DC  20005
Washington, DC  20004                            Telephone:  (202) 296-5680
Telephone:  (202) 463-2400                       Email:  janderson@haspc.com
Facsimile:  (202) 828-5393                       Date: March  25, 2009
Email:  rwoods@seyfarth.com
        rekim@seyfarth.com

Date: March 13, 2009

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to United States Magistrate Judge John M. Facciola for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge John M. Facciola for all further proceedings and the entry of judgment in accordance with accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____           _____
United States District Judge              Date