UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEWIS-BURKE ASSOCIATES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**JOEL WIDDER,**<br><br>Defendant. | Civil Action No. 09-302 (JMF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that defendant's Motion to Dismiss [#38], as it pertains to plaintiff's CFAA claim is **GRANTED**. It is further, hereby,

**ORDERED** that Plaintiff's Motion to Amend Complaint [#42] is **GRANTED**. It is further, hereby,

**ORDERED** that defendant's Motion to Dismiss the case for lack of subject-matter jurisdiction is **DENIED**. It is further, hereby,

**ORDERED** Plaintiff's Motion *In Limine* [#32] is **GRANTED IN PART** and **DENIED IN PART**. It is further, hereby,

**ORDERED** that a status conference and evidentiary hearing in this case will be set.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE